FILED
IN OPEN COURT

APR 2 0 2011

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:11cr24 |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | Conspiracy |
| ROBERT MURRAY | ) | (Count 1) |
| (Counts 1-11) | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Manufacture, Distribute and Possession |
| | ) | with Intent to Manufacture and Distribute |
| | ) | Controlled Substances |
| | ) | (Count 2) |
| | ) | |
| | ) | 21 U.S.C. § 856(a)(1) |
| | ) | Maintaining Drug-Involved Premises |
| | ) | (Count 3) |
| | ) | |
| | ) | 18 U.S.C. § 924(c)(1)(A) and (i) |
| | ) | Possession of a Firearm In Furtherance |
| | ) | of, and Using and Carrying a Firearm |
| | ) | during and in relation to, one or |
| | ) | more Drug Trafficking Crimes |
| | ) | (Count 4) |
| | ) | |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| | ) | False Statements and Representations |
| | ) | During Purchase of a Firearm |
| | ) | (Count 5) |
| | ) | |
| | ) | 18 U.S.C. § 922(a)(6) |
| | ) | False Statements and False Identification |
| | ) | During Purchase of a Firearm, Intended to |
| | ) | Deceive a Licensed Federal Firearm Dealer |
| | ) | (Count 6) |
| | ) | |
| | ) | 18 U.S.C. § 1028(a)(4) and (b)(3)(A) |
| | ) | Fraud and Related Activity In Connection |
| | ) | With Identification Documents, |
| | ) | Authentication Features, and Information |
| | ) | (Count 7) |
| | ) | |
| | ) | 18 U.S.C. § 1015(f) |
| | ) | False Registering to Vote |
| | ) | (Count 8) |

|  |  |
|---|---|
| ) | 18 U.S.C. § 611 |
| ) | Falsely Voting as An Alien |
| ) | (Count 9) |
| ) |  |
| ) | 18 U.S.C. § 911 |
| ) | Falsely Claiming U.S. Citizenship |
| ) | (Counts 10-11) |
| ) |  |
| ) | 21 U.S.C. § 853 and 18 U.S.C. § 924(d) |
| ) | Criminal Forfeiture |

## SUPERSEDING INDICTMENT

### April 2011 TERM - at Norfolk

THE GRAND JURY CHARGES THAT:

### COUNT ONE

In or about November 2010, the exact dates to the grand jury being unknown, in the Eastern District of Virginia and elsewhere, the defendant ROBERT MURRAY, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with others, both known and unknown to the grand jury, to commit one or more of the following offenses against the United States:

1.    To knowingly, intentionally and unlawfully manufacture, distribute, and possess with intent to manufacture and distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D);

2.    To knowingly and unlawfully open, rent, use, and maintain any place, permanently or temporarily, for the purpose of manufacturing, distributing, and using any controlled substance, in violation of Title, United States Code, Sections 856(a)(1) and (b); and

2

3.      To knowingly, intentionally and unlawfully use a communication facility in committing, in causing or facilitating the commission of any act or acts constituting one or more felonies under Title 21 of the United States Code, in violation of Title 21, United States Code, Sections 843(b) and (d).

## OVERT ACTS

In furtherance of the conspiracy, at least one of the following overt acts, among others, were committed in the Eastern District of Virginia:

1.      On or about November 22, 2010, at a residence on Nanesmond Circle, in Norfolk, Virginia, the defendant ROBERT MURRAY possessed approximately 70 pounds of marijuana worth in excess of $100,000.00, a firearm that he had purchased on November 11, 2008, approximately $6700.00 in currency, packaging material, scales, mail addressed to the defendant at the residence, and other items.

2.      On or about November 22, 2010, in a rental vehicle outside the residence on Nanesmond Circle, in Norfolk, Virginia the defendant ROBERT MURRAY possessed approximately $2000.00 in currency and paperwork.

3.      On or about November 22, 2010, on his person, at the residence on Nanesmond Circle, in Norfolk, Virginia, the defendant ROBERT MURRAY possessed approximately $1700.00 in currency and four cell phones.

(In violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.)

## COUNT TWO

On or about November 22, 2010, at a residence on Nanesmond Circle, in Norfolk,

3

Virginia, in the Eastern District of Virginia, the defendant ROBERT MURRAY, did knowingly, intentionally and unlawfully manufacture, distribute and possess with intent to manufacture and distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D) and Title 18, United States Code, Section 2.)

## COUNT THREE

On or about November 22, 2010, at a residence on Nancsmond Circle, in Norfolk, Virginia, in the Eastern District of Virginia, the defendant ROBERT MURRAY, did knowingly, intentionally and unlawfully open, rent, use, and maintain any place, permanently or temporarily, for the purpose of manufacturing, distributing, and using any controlled substance.

(In violation of Title 21, United States Code, Sections 856(a)(1) and (b) and Title 18, United States Code, Section 2.)

## COUNT FOUR

On or about November 22, 2010, at a residence on Nancsmond Circle, in Norfolk, Virginia, in the Eastern District of Virginia, the defendant ROBERT MURRAY, did knowingly, intentionally, and unlawfully possess a firearm in furtherance of, and use and carry a firearm during and in relation to, a drug trafficking crime for which he may be prosecuted in a court of the United States including but not limited to one or more of the drug trafficking crimes alleged in Counts One - Three of this indictment.

(In violation of Title 18, United States Code, Sections 924(c)(1)(A), (i) and 2.)

## COUNT FIVE

On or about the November 5, 2008, in Norfolk, Virginia, in the Eastern District of Virginia, the defendant ROBERT MURRAY, did knowingly make false statements and

representations to a federal firearms licensee, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, and with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of licensed dealer, in that the defendant indicated he was a citizen of the United States when in truth and in fact he was not then a citizen of the United States and the defendant presented a falsely procured Virginia Voter Registration Card.

(In violation of Title 18, United States Code, Section 924(a)(1)(A).)

## COUNT SIX

On or about November 11, 2008, in Norfolk, Virginia, in the Eastern District of Virginia, the defendant ROBERT MURRAY, did, in connection with the acquisition of a firearm from a licensed firearm dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement and presented false and fictitious identification, to the licensed firearm dealer, which statement and identification were intended and likely to deceive the licensed firearm dealer, as to a fact material to the lawfulness of the sale of said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented he was a citizen of the United States and presented a falsely procured Virginia Voter Registration Identification Card.

(In violation of Title 18, United States Code, Section 922(a)(6).)

## COUNT SEVEN

On or about November 11, 2008, in Norfolk, Virginia, in the Eastern District of Virginia, the defendant ROBERT MURRAY, did knowingly possess an a false identification document, to wit, a Virginia Voter Identification Card that he was not entitled to possess as a permanent resident alien, with the intent such document be used to defraud the United States by, among

other things, presenting said identification to purchase a firearm to facilitate one or more drug trafficking crimes and using it to vote.

(In violation of Title 18, United States Code, Sections 1028(a)(4) and (b)(3)(A).)

## COUNT EIGHT

On or about October 6, 2008, the exact date to the grand jury being unknown, in the Eastern District of Virginia, the defendant ROBERT MURRAY did knowingly make any false statement and claim that he was a citizen of the United States in order to register to vote and to vote in any Federal, State, and local election.

(In violation of Title 18, United States Code, Section 1015(f).)

## COUNT NINE

On or about November 4, 2008, in the Eastern District of Virginia, the defendant ROBERT MURRAY, did knowingly, intentionally vote unlawfully as an alien in an election held solely and in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, and Member of the House of Representatives, by falsely registering to vote as a citizen of the United States when he then knew he was not a citizen of the United States.

(In violation of Title 18, United States Code, Section 611.)

## COUNT TEN

On or about October 6, 2008, the defendant ROBERT MURRAY, in the Eastern District of Virginia, did knowingly, falsely, and willfully represents himself to be a citizen of the United States, when in truth and in fact he was not then a citizen of the United States.

(In violation of Title 18, United States Code, Section 911.)

## COUNT ELEVEN

On or about November 5, 2008, the defendant ROBERT MURRAY, in the Eastern District of Virginia, did knowingly, falsely, and willfully represents himself to be a citizen of the United States, when in truth and in fact he was not then a citizen of the United States.

(In violation of Title 18, United States Code, Section 911.)

## CRIMINAL FORFEITURE

The defendant ROBERT MURRAY if convicted of one or more of the violations alleged in Counts One - Three of this indictment, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation. The defendant if convicted of any of the violation charged one or more Counts Four-Six in this Indictment, shall forfeit his interest in any firearm or ammunition If any property that is subject to forfeiture, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third person, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be subdivided without difficulty; it is the intent of the United States to seek forfeiture of any other property of the defendant, up to the value described above, as subject to forfeiture under Title 21, United States Code, Section 853(p).

(All in violation of Title 21, United States Code, Section 853 and Title 18 United States Code, Section 924(d).)

<u>United States v. Robert Murray</u>
Criminal No. 2:11cr22

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL

REDACTED COPY

_____
FOREPERSON

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____
Kevin M. Comstock
Assistant United States Attorney
Virginia Bar No. 39460
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-3346
Facsimile Number - 757-441-3205
E-Mail Address – kevin.comstock@usdoj.gov