FILED
IN OPEN COURT

**JUL 2 6 2011**

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:11cr24 |
| | ) | |
| ROBERT MURRAY, | ) | |
| | ) | |
| Defendant. | ) | |

Statement of Facts

Neil H. MacBride, United States Attorney for the Eastern District of Virginia, Kevin M. Comstock and V. Kathleen Dougherty, Assistant United States Attorneys, the defendant, ROBERT MURRAY, and the defendant's counsel stipulate that the following facts are true and correct, and that had the matter gone to trial, the United States would have proven them beyond a reasonable doubt:

The defendant maintained a residence at 3751 Nansemond Circle, Norfolk, Virginia, in the Eastern District of Virginia, since 2005. He paid rent monthly at this location, in money orders and cash , and in total paid over $12,000.00 per year. Utility bills, the lease for the residence, various pieces of mail, and other evidence connect him to this address.

On October 6, 2008, the defendant registered to vote in the Commonwealth of Virginia. Not only did the defendant list 3751 Nansemond Circle as his address when he completed his voter registration application, he also claimed he was a United States citizen. The defendant admits that he is not, and has never been, a United States citizen, but has falsely claimed United States citizenship on this and several other occasions, including three separate Virginia Department of Motor Vehicles Driver's License and/or Identification Card applications, and on various documents submitted to United States Citizenship and Immigration Services.

After registering to vote, the defendant received a Virginia Voter Identification Card, with a unique voter identification number, which was mailed to his Nansemond Circle address. He used this card on November 4, 2008, when he cast a vote in the federal Presidential, Senatorial, and Congressional election. On that date, the defendant voted at the precinct associated with 3751 Nansemond Circle.

On the day after the election, November 5, 2008, the defendant used his falsely procured Virginia Voter Identification Card in connection with the purchase of a Smith & Wesson 9mm handgun. The defendant completed various forms in connection with this firearm purchase, presented his voter card as proof of identification, and listed his address as 3751 Nansemond Circle. He also falsely claimed, again, that he was a citizen of the United States, in order to procure the firearm. The firearm transaction was completed on November 11, 2008.

Just over two years later, on November 22, 2010, officers of the Norfolk Police Department responded to a burglary-in-progress call at 3751 Nansemond Circle. Upon searching the defendant's residence, officers recovered seventy pounds of marijuana located throughout the home, including marijuana in each bedroom and the attic. The total value of the marijuana located in the home is approximately $250,000.00 Additionally, officers recovered $10,000.00 in drug proceeds, scales, knives, and packaging materials. These items were used by defendant in opening and maintaining this residence to possess with intent to manufacture (that is, to prepare, process, and package) and distribute marijuana. The defendant admits he used this residence to manufacture, use, and distribute marijuana.

Additionally, the defendant carried his falsely procured firearm, with ammunition, to his

2

Nansemond Circle residence in connection with his drug trafficking crimes. Specifically, the defendant possessed the Smith & Wesson 9mm handgun he purchased on November 5, 2008, in order to further the drug trafficking crimes charged in the Indictment. This firearm was found, loaded, underneath the couch in the Nansemond Circle residence.

In sum, the defendant admits he has maintained a residence at 3751 Nansemond Circle, Norfolk, Virginia, since 2005; repeatedly and falsely claimed he was a citizen of the United States; falsely registered to vote; falsely voted as an alien in the 2008 Presidential Election; manufactured and distributed marijuana; and carried and used a firearm he falsely purchased to further his drug trafficking crimes.

Respectfully submitted,

By: _____

Kevin M. Comstock
Virginia State Bar No. 39460
V. Kathleen Dougherty
Virginia State Bar No. 77294
Assistant United States Attorneys
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - (757) 441-6331
Facsimile Number - (757) 441-6689
Kevin.Comstock@usdoj.gov
V.Kathleen.Dougherty@usdoj.gov

3

      **Defendant's Signature:** I hereby agree that I have consulted with my attorney and fully understand all rights with respect to the pending criminal indictment. Further, I fully understand all rights with respect to Title 18, United States Code, Section 3553 and the provisions of the Sentencing Guidelines Manual that may apply in my case. I have read this statement of facts and carefully reviewed every part of it with my attorney. I understand this agreement and voluntarily agree to it.

Date: _____  _____
                ROBERT MURRAY, Defendant


      **Defense Counsel Signature:** I am counsel for the defendant in this case. I have fully explained to the defendant the defendant's rights with respect to the pending indictment. Further, I have reviewed Title 18, United States Code, Section 3553 and the Sentencing Guidelines Manual, and I have fully explained to the defendant the provisions that may apply in this case. I have carefully reviewed every part of this statement of facts with the defendant. To my knowledge, the defendant's decision to enter into this agreement is an informed and voluntary one.

Date: _____  _____
                WILLIAM TALIAFERRO, Counsel for the Defendant