**Rabinowitz, Swartz, Taliaferro, Swartz & Goodove**

A PROFESSIONAL CORPORATION
Attorneys & Counselors at Law

TOWN POINT CENTER, SUITE 800
150 BOUSH STREET
POST OFFICE BOX 3332
NORFOLK, VIRGINIA 23514-3332
(757) 622-3931
(757) 622-8430
FAX (757) 626-1003

RALPH RABINOWITZ
FRANKLIN A. SWARTZ
WILLIAM L. TALIAFERRO, JR.
JEFFREY A. SWARTZ
MICHAEL L. GOODOVE
TIMOTHY J. QUICK

RECEIVED
NOV 1 6 2011
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

November 14, 2011

Mr. Robert Murray
c/o Western Tidewater Regional Jail
2402 Godwin Boulevard
Suffolk, Virginia 23434

Dear Mr. Murray:

This letter will advise you that you have **TEN (10) DAYS** to appeal your case.

This will further advise you that your appeal must be **NOTED IN WRITING**.

Best regards,

William L. Taliaferro, Jr.

WLT;Jr/pmw
cc: Norfolk Federal Court, Criminal Division