1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division


- - - - - - - - - - - - - - - - - - - -
UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )          CRIMINAL CASE NO.
     v.                            )             2:11cr00024
                                   )
ROBERT MURRAY,                     )
                                   )
          Defendant.               )
- - - - - - - - - - - - - - - - - - - -




EXCERPT OF PROCEEDINGS
**(Guilty Plea)**

Norfolk, Virginia

July 26, 2011




BEFORE:    THE HONORABLE ROBERT G. DOUMAR,
           United States District Judge


APPEARANCES:

           UNITED STATES ATTORNEY'S OFFICE
           By:  Kevin M. Comstock, Esquire
                V. Kathleen Dougherty, Esquire
                Assistant United States Attorneys
                Counsel for the United States

           SWARTZ, TALIAFERRO, SWARTZ & GOODOVE, P.C.
           By:  W. L. Taliaferro, Jr., Esquire
                Franklin A. Swartz, Esquire
                Counsel for the Defendant


Heidi L. Jeffreys, Official Court Reporter

***** ***** *****

THE COURT: What I'm going to do, Mr. Murray, is to read to you each count and then ask you how you plead.

I want to emphasize you still have the right to plead not guilty. Do you understand that, sir?

THE DEFENDANT: Yes, sir.

THE COURT: The indictment is in the United States District Court for the Eastern District of Virginia, Norfolk Division. United States of America v. Robert Murray. It's Criminal Action No. 2:11cr24.

(There was a pause in the proceedings.)

THE COURT: Count Two charges you as follows:

On or about November 22nd, 2010, at a residence on Nansemond Circle, in Norfolk, Virginia, in the Eastern District of Virginia, the defendant, Robert Murray, did knowingly, intentionally and unlawfully manufacture, distribute and possess with intent to manufacture and distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D), and Title 18, United States Code, Section 2.

To this count, sir, how do you plead?

THE DEFENDANT: Guilty, sir.

THE COURT: Are you entering this plea of guilty

Heidi L. Jeffreys, Official Court Reporter

freely and voluntarily, Mr. Murray?

THE DEFENDANT:  Yes, sir.

THE COURT:  Are you pleading guilty because you're in fact guilty of the offense in Count Two of this indictment, sir?

THE DEFENDANT:  Yes, sir.

THE COURT:  Count Four.  On or about November 22nd, 2010, at a residence on Nansemond Circle, in Norfolk, Virginia, in the Eastern District of Virginia, the defendant Robert Murray did knowingly, intentionally and unlawfully possess a firearm in furtherance of and use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, including but not limited to one or more of the drug trafficking crimes...

(There was a pause in the proceedings.)

THE COURT:  I'm going to take a recess.  We'll take a five-minute recess at this time.

You may sit back down, Mr. Murray.

Would counsel approach the bench, please?  Actually, we're not taking a recess.  I don't want to look at it in a recess.  We're still in here.  I just want to talk with counsel.

Don't take Mr. Murray out.  Leave him here.

(A sidebar conference was held.)

THE COURT:  All right.  We'll continue the proceedings.  I'm sorry.  I said we would take a recess.

Mr. Murray, in an effort to be completely clear, in this Count Four, carrying a firearm in furtherance of and during and in relation to a drug trafficking crime for which you may be prosecuted in a court of the United States, it says, "...including but not limited to one or more of the drug trafficking crimes."  I want to go to -- discuss it.  It refers to Counts One and Three.

In order, in my opinion -- there may be a requirement that you be guilty of the offense to which you are not pleading guilty, so therefore I'm going to tell you that in my opinion they would have to prove -- this is just my opinion -- either Count One or Count Three of this indictment, although they say it's not limited to the drug trafficking crime.  But, unfortunately, they mention One to Three, they don't mention any other drug trafficking crimes, so they would still have to prove, in my opinion, either the elements of Counts One or Three.

My view is that since -- that's not to say that you would be found guilty of it, but a jury would have to find beyond a reasonable doubt that on or about November the 22nd, 2010, at a residence on Nansemond Circle, in Norfolk, Virginia, you did knowingly, intentionally and unlawfully open, rent, use and maintain a place permanently or

temporarily for the purpose of manufacturing, distributing and using a controlled substance. Now, marijuana is a controlled substance.

In order to find you guilty of Count Four, even though you're not pleading to Count Three, they would have to show the elements contained in Count Three were proven beyond a reasonable doubt to a jury; that is, that you, on or about November the 22nd, 2010, at a residence on Nansemond Circle, in Norfolk, Virginia -- that you knowingly and intentionally did either open, rent, use and maintain a place permanently or temporarily for the purpose of manufacturing, distributing and using a controlled substance.

And then, in addition to proving that, they would have to prove, for you to be guilty of Count Four, that you did knowingly, intentionally and unlawfully possess a firearm in furtherance of and use and carry a firearm during and in relation to a drug trafficking crime for which you may be prosecuted in a court of the United States, including but not limited to one or more of the drug trafficking crimes alleged in Counts One and Three of this indictment.

Now, I'm going to read to you just Count Four, and then I'm going to ask you how you plead, but in my opinion they would have to prove the elements contained in Count Three, which I have just explained to you.

Do you understand that, sir?

Heidi L. Jeffreys, Official Court Reporter

THE DEFENDANT:  Yes, sir.

THE COURT:  On or about November the 22nd, 2010 -- this is Count Four -- at a residence on Nansemond Circle in Norfolk, Virginia, in the Eastern District of Virginia, the defendant Robert Murray, did knowingly, intentionally and unlawfully possess a firearm in furtherance of and use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a Court of the United States, including but not limited to one or more of the drug trafficking crimes alleged in Counts One and Three of this indictment.

To this count, sir, how do you plead?

THE DEFENDANT:  Guilty, sir.

THE COURT:  Are you entering this plea of guilty freely and voluntarily, Mr. Murray?

THE DEFENDANT:  Yes, sir.

THE COURT:  Are you pleading guilty because you're in fact guilty of Count Four of this indictment?

THE DEFENDANT:  Yes, sir.

THE COURT:  Count Eight of this indictment provides as follows:

On or about October the 6th, 2008, the exact date to the Grand Jury being unknown, in the Eastern District of Virginia, the defendant, Robert Murray, did knowingly make any false statement and claim that he was a citizen of the

United States in order to register to vote and to vote in any federal, state and local election, in violation of Title 18, United States Code, Section 1015(f).

To this Count Eight of the indictment, sir, how do you plead?

THE DEFENDANT:  Guilty, sir.

THE COURT:  Are you entering this plea of guilty freely and voluntarily?

THE DEFENDANT:  Yes, sir.

THE COURT:  Are you pleading guilty because you're in fact guilty of the offense with which you are charged in Count Eight?

THE DEFENDANT:  Yes, sir.

THE COURT:  Count Nine.  On or about November the 4th, 2008, in the Eastern District of Virginia, the defendant Robert Murray did knowingly and intentionally vote unlawfully as an alien in an election held solely and in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, member of the Senate and member of the House of Representatives by falsely registering to vote as a citizen of the United States, when he knew then that he was not a citizen of the United States, in violation of Title 18, United States Code, Section 611.

To Count Nine of this indictment, sir, how do you

plead?

THE DEFENDANT:  Guilty, sir.

THE COURT:  Are you entering this plea of guilty freely and voluntarily, sir?

THE DEFENDANT:  Yes, sir.

THE COURT:  Are you pleading guilty because you're in fact guilty of the offense with which you are charged in Count Nine of this indictment, sir?

THE DEFENDANT:  Yes, sir.

THE COURT:  Count Eleven.  On or about November 5, 2008, the defendant Robert Murray, in the Eastern District of Virginia, did knowingly, falsely and willfully represent himself to be a citizen of the United States when in truth and in fact he was not then a citizen of the United States, in violation of Title 18, United States Code, Section 911.

To this Count Eleven, sir, how do you plead?

THE DEFENDANT:  Guilty, sir.

THE COURT:  Are you entering this plea of guilty freely and voluntarily, sir?

THE DEFENDANT:  Yes, sir.

THE COURT:  Are you pleading guilty to Count Eleven of this indictment because you're in fact guilty of this offense?

THE DEFENDANT:  Yes, sir.

THE COURT:  All right.  You can have a seat,

Mr. Murray.

\*\*\*\*\*      \*\*\*\*\*      \*\*\*\*\*

CERTIFICATION

I certify that the foregoing is a correct excerpt from the record of proceedings in the above-entitled matter.

s/s

Heidi L. Jeffreys

January 28, 2013
Date

Heidi L. Jeffreys, Official Court Reporter